Per Curiam.
 

 [¶ 1] David Mbulu appeals from criminal judgments entered after a jury found him guilty of conspiracy to commit gross sexual imposition, accomplice to gross sexual imposition, conspiracy to commit murder and attempted murder. Mbulu argues that the district court erred in granting a one-week continuance during the middle of the jury trial and that the evidence was insufficient to support the convictions. We summarily affirm under N.D.R.App.P. 35.1(a)(3) and (4).
 

 [¶ 2] Gerald W. VandeWalle, C.J.
 

 Daniel J. Crothers
 

 Lisa Fair McEvers
 

 Jon J. Jensen
 

 Jerod E. Tufte